IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN JOSEPH CONNOLLY,<br><br>       Plaintiff,<br><br>  vs.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.; and JOHN DOES 1-10,<br><br>       Defendants. | Case No. 1:19-cv-00385-HG-RT<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of *Defendant TriWest Healthcare Alliance Corporation's Motion to Dismiss* was served on the following at their last known address as follows:

Served Electronically through CM/ECF on July 24, 2019:

CHRIS BOUSLOG, ESQ.
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813-4908
Chris@csbhawaiilaw.com

Attorney for Plaintiff


DATED:  Honolulu, Hawai`i, July 24, 2019.


                        /s/ John-Anderson L. Meyer
                        JOHN-ANDERSON L. MEYER
                        DANIEL J. CHENG

                        Attorneys for Defendant
                        TRIWEST HEALTHCARE
                        ALLIANCE CORPORATION